# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3178
_____

United States of America

*Plaintiff - Appellee*

v.

Scott Douglas Edwards

*Defendant - Appellant*

_____

No. 24-3179
_____

United States of America

*Plaintiff - Appellee*

v.

Scott Douglas Edwards

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: April 8, 2025
Filed: April 11, 2025
[Unpublished]
_____

Before GRUENDER, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

In these consolidated cases, Scott Edwards appeals the sentences the district court[1] imposed after revoking his concurrent terms of supervised release. His counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentences.

After careful review, we conclude that the district court did not abuse its discretion, as Edwards admitted to violating the conditions of his release, and the revocation sentences are within the statutory maximums. *See United States v. Miller*, 557 F.3d 910, 916 (8th Cir. 2009) (reviewing the substantive reasonableness of a revocation sentence for an abuse of discretion); *United States v. Larison*, 432 F.3d 921, 923 (8th Cir. 2006) (reciting the factors to discern whether a revocation sentence is unreasonable); *see also* 18 U.S.C. § 3583(e)(3) (the maximum revocation prison term is two years if the underlying offense is a Class C felony); 21 U.S.C. § 841(b)(1)(C) (setting a minimum--but no maximum--term of supervised release for certain controlled substance offenses).

Accordingly, we grant counsel's motion to withdraw and affirm the judgment.
_____

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.